

P.O. Box 235052. Honolulu, HI 96823
tel: (808) 600-4749 email: office@caballero.law

February 28, 2022

**VIA ELECTRONIC MAIL**

Hon. Kenneth J. Mansfield
Magistrate Judge
United States District Court
District of Hawaii
300 Ala Moana Blvd C-338
Honolulu, HI 96850
bbb@hid.uscourts.gov

Re:   *Taylor v. City and County of Honolulu et al.*, Case No. 22-cv-00013-HG-KJM
      Request for 60-Day Continuance of Rule 16 Scheduling Conference

Dear Judge Mansfield,

    Counsel for Plaintiffs, Defendant City and County of Honolulu, and Defendant Hawai'i State Department of Education in the above-captioned matter jointly request a 60-day continuance of the Rule 16 scheduling conference currently set for March 7, 2022, at 9:30am.

    The parties respectfully request the continuance for Plaintiffs to serve the complaint on the remaining individual defendants, the individual defendants to request representation from their respective government employers, and the City and County of Honolulu and State of Hawai'i to consider such requests. This is the first request for a continuance of the Rule 16 Scheduling Conference.

    If you have any questions please do not hesitate to contact me at (808) 600-4749 or mateo@caballero.law.

Sincerely,

Mateo Caballero