MINUTES

| | |
|---|---|
| CASE NUMBER: | CV NO. 22-00013 HG-KJM |
| CASE NAME: | Tamara Taylor, individually and on behalf of her minor child, N.B. v. City and County of Honolulu; Hawaii State Department of Education; Christine Neves; Corey Perez; Warren Ford; Terri Runge; HPD Defendants 1-10; and DOE-HI Defendants 1-10 |
| ATTYS FOR PLA: | *Jongwook Philip Kim<br>*Mateo Caballero, by telephone |
| ATTY FOR DEF CITY & COUNTY OF HONOLULU; NEVES; PEREZ; FORD: | *Robert M. Kohn |
| ATTY FOR DEFS HAWAII STATE DEPT OF EDUC; RUNGE: | *David Shigemi Taga |

| | | | |
|---|---|---|---|
| JUDGE: | Helen Gillmor | REPORTER: | Gloria Bediamol |
| DATE: | 9/28/2022 | TIME: | 1:30pm - 2:18pm |

COURT ACTION:   EP: DEFENDANT CITY AND COUNTY OF HONOLULU'S MOTION FOR IN CAMERA REVIEW OF DRAWING AND MOTION TO FILE DRAWING PUBLICLY (ECF No. 52)

PLAINTIFFS' MOTION TO FILE HPD PROFESSIONAL STANDARD OFFICE'S DOCUMENTS PUBLICLY (ECF No. 93)

Attorney Mateo Caballero participated by telephone.

Discussion held.

### I. MOTION TO FILE DRAWING PUBLICLY

For the reasons stated on the record, DEFENDANTS CITY AND COUNTY OF HONOLULU'S, CHRISTINE NEVES'S, COREY PEREZ'S, AND WARREN FORD'S MOTION FOR IN CAMERA REVIEW OF DRAWING AND MOTION TO FILE DRAWING PUBLICLY PURSUANT TO LOCAL RULE 5.2(d) (ECF No. 52) is **DENIED.**

### II. MOTION TO FILE HPD PROFESSIONAL STANDARD OFFICE'S DOCUMENTS PUBLICLY

For the reasons stated on the record, PLAINTIFFS' MOTION TO FILE HPD PROFESSIONAL STANDARD OFFICE'S DOCUMENTS PUBLICLY (ECF No. 93) is **DENIED.**

### III. MOTIONS TO DISMISS

A hearing on the Motions to Dismiss (ECF Nos. 50 and 51) is set for Monday, December 5, 2022, at 1:30 p.m. in person before the Honorable Helen Gillmor.


Submitted by: Rachel Sharpe, Courtroom Manager

2