| | |
|---|---|
| **From:** | Mateo Caballero mateo@caballero.law 📎 |
| **Subject:** | Re: six depos...RE: Taylor v. C&C et al, Civ. No. 22-13-HG-KJM - Depositions of Officers defendants |
| **Date:** | October 25, 2022 at 8:30 AM |
| **To:** | Kohn, Robert M robert.kohn@honolulu.gov, Aoki, Paul S paoki@honolulu.gov |
| **Cc:** | Wookie Kim wkim@acluhawaii.org |



Hi Bob,

I will check with Plaintiffs about taking their depositions in March (we do not represent Ms. Taylor's mother, but I will ask them to check with her as well) and do not object to moving the discovery deadlines.

That being said, we do not agree to waiting nearly five months to depose the officer defendants as we need to take those depositions done sooner to conduct other discovery (e.g., inspecting the original copy of the drawing and taking other depositions) and, as you know, the court has already instructed us to proceed with such depositions. We are happy to work around Paul's trial dates and have also some availability in November if that would be easier for him.

Best,

**Mateo Caballero**
<u>Pronouns</u>: he/him/his
Principal Attorney

Caballero Law LLLC
P.O. Box 235052
Honolulu, Hawai'i 96823
- 808.600.4749    - www.caballero.law



*This message may contain information that is confidential or legally privileged. If you are not the intended recipient, please immediately advise the sender and delete this e-mail from your system.*

---

**From:** Kohn, Robert M <robert.kohn@honolulu.gov>
**Date:** Monday, October 24, 2022 at 7:19 PM
**To:** Mateo Caballero <mateo@caballero.law>, Aoki, Paul S <paoki@honolulu.gov>
**Cc:** Wookie Kim <wkim@acluhawaii.org>
**Subject:** six depos...RE: Taylor v. C&C et al, Civ. No. 22-13-HG-KJM - Depositions of Officers defendants

Mateo,

Paul Aoki will soon be entering an appearance and will be handling all of the depos.

# Exhibit A

He has three upcoming trials: December, January, and February.  March is best.  Given the 4/3/23 deadline for discovery, we propose a stipulation to move the deadline back 45 days.  With trial set for September, we don't think the Court would object.  Do you agree to the stipulation?

In March we also want to depose three people: N.B., Tamara Taylor, and her mother. The same rules and conditions should apply to all six proposed depositions.  Let us know if you have any objections.

Thanks, Bob

**From:** Mateo Caballero [mailto:mateo@caballero.law]
**Sent:** Monday, October 24, 2022 7:31 AM
**To:** Kohn, Robert M <robert.kohn@honolulu.gov>
**Cc:** Wookie Kim <wkim@acluhawaii.org>
**Subject:** Re: Taylor v. C&C et al, Civ. No. 22-13-HG-KJM - Depositions of Officers defendants

March is too late given the current scheduling order.

Would December work better for you?

**Mateo Caballero**
Pronouns: he/him/his
Principal Attorney

Caballero Law LLLC
P.O. Box 235052
Honolulu, Hawaiʻi 96823
- 808.600.4749   - www.caballero.law



*This message may contain information that is confidential or legally privileged. If you are not the intended recipient, please immediately advise the sender and delete this e-mail from your system.*

**From:** Kohn, Robert M <robert.kohn@honolulu.gov>
**Date:** Friday, October 21, 2022 at 8:38 PM
**To:** Mateo Caballero <mateo@caballero.law>
**Cc:** Wookie Kim <wkim@acluhawaii.org>
**Subject:** RE: Taylor v. C&C et al, Civ. No. 22-13-HG-KJM - Depositions of Officers defendants

Mateo, I am still contemplating whether to appeal Judge Mansfield's order(s) regarding the taking of depositions. I will be assisting with consecutive trials in January and February. Might March be possible if the SAC survives the motions to dismiss?

February. Might March be possible if the SAC survives the motions to dismiss?

**From:** Mateo Caballero [mailto:mateo@caballero.law]
**Sent:** Friday, October 21, 2022 10:42 AM
**To:** Kohn, Robert M <robert.kohn@honolulu.gov>
**Cc:** Wookie Kim <wkim@acluhawaii.org>
**Subject:** Taylor v. C&C et al, Civ. No. 22-13-HG-KJM - Depositions of Officers defendants

Hi Bob,

We wanted to check with you about the availability of the officers defendants in the Taylor case for depositions in mid to late January.

Best,

**Mateo Caballero**
Pronouns: he/him/his
Principal Attorney

Caballero Law LLLC
P.O. Box 235052
Honolulu, Hawaiʻi 96823
- 808.600.4749    - www.caballero.law

*This message may contain information that is confidential or legally privileged. If you are not the intended recipient, please immediately advise the sender and delete this e-mail from your system.*