# MINUTES

| | |
|---|---|
| CASE NUMBER: | 1:22-CV-00013-HG-KJM |
| CASE NAME: | Tamara Taylor et al v. City and County of Honolulu et al |
| ATTORNEYS FOR PLAINTIFF: | Jongwook Philip Kim<br>Mateo Caballero<br>Taylor Shantrell Brack |
| ATTORNEYS FOR DEFENDANT: | Paul S. Aoki<br>Dylan G. Fujitani<br>Skyler G. Cruz |

| | | | |
|---|---|---|---|
| JUDGE: | Kenneth J. Mansfield | REPORTER: | Video Tele-Conference (VTC) |
| DATE: | 06/27/2024 | TIME:<br>RECORDED TIME: | 10:00 - 11:43<br>11:43 - 11:50 |

COURT ACTION:  EP:  SETTLEMENT CONFERENCE and SETTLEMENT ON THE RECORD held.

Plaintiff Tamara Taylor also present.

The Court met with the parties. Settlement discussions held.

Partial settlement placed on the record between Plaintiffs and the State Defendants.

SETTLEMENT ON THE RECORD (11:43 - 11:50)

Essential terms stated on the record by Mr. Skyler Cruz. Plaintiff agrees to the terms.

Court finds that the parties have entered into a valid and enforceable settlement agreement.

The Court sets a July 31, 2024 deadline for submission of the stipulation for partial dismissal to gillmor_orders@hid.uscourts.gov.

**No settlement reached with the City Defendants.**

*Submitted by: Bernie Aurio, Courtroom Manager*