CABALLERO LAW LLLC

MATEO CABALLERO   10081
P.O. Box 235052
Honolulu, Hawaiʻi 96823
Telephone: (808) 600-4749
E-mail: mateo@caballero.law

ACLU OF HAWAII FOUNDATION

JONGWOOK "WOOKIE" KIM  11020
TAYLOR BRACK   11121
P.O. Box 3410
Honolulu, Hawaiʻi 96801
Telephone: (808) 522-5905
E-mails: wkim@acluhawaii.org
    tbrack@acluhawaii.org

Attorneys for Plaintiffs
TAMARA TAYLOR, individually, and
on behalf of her minor child, N.B.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| TAMARA TAYLOR, individually and on behalf of her minor child, N.B.,<br><br> Plaintiffs,<br><br>  vs.<br><br>CITY AND COUNTY OF HONOLULU; CHRISTINE NEVES, in an individual capacity; WARREN FORD, in an individual capacity; HPD DEFENDANTS 1-10; and DOE-HI DEFENDANTS 1-10<br><br>   Defendants. | CIV. NO. 22-00013-HG-KJM<br><br>[CIVIL RIGHTS ACTION]<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL CLAIMS AND PARTIES; ORDER**<br><br>Trial Date: none<br>Judge: Hon. Helen Gillmor |

STIPULATION FOR DISMISSAL WITH PREJUDICE OF
ALL CLAIMS AND PARTIES

IT IS HEREBT STIPULATED AND AGREED by and between Plaintiffs TAMARA TAYLOR, individually and on behalf of her minor child, N.B., and Defendants CITY AND COUNTY OF HONOLULU, CHRISTINE NEVES, and WARREN FORD, by and through their respective counsel, that pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and LR 41.1, that the Third Amended Complaint filed herein on April 25, 2023 is hereby DISMISSED WITH PREJUDICE as to all

//

//

//

//

//

//

claims and all parties. All remaining parties in this action have signed this stipulation and each shall bear their own attorney's fees and costs.

DATED: Campbell, CA, November 19, 2024

/s/ Mateo Caballero
MATEO CABALLERO
JONGWOOK KIM

Attorneys for Plaintiffs
TAMARA TAYLOR, individually and on behalf of her minor child, N.B.

DATED: Honolulu, Hawai'i, November 19, 2024

/s/ Robert M. Kohn
ROBERT M. KOHN
PAUL S. AOKI
Deputies Corporation Counsel

Attorneys for Defendants
CITY AND COUNTY OF HONOLULU, CHRISTINE NEVES, and WARREN FORD

APPROVED AND SO ORDERED.

Dated: November 19, 2024, Honolulu, Hawaii.

Helen Gillmor
United States District Judge

*Taylor, et al. v. Hawaii State Department of Educ., et al.*, Civil No. 22-00013 HG-KJM ; Stipulation for Dismissal with Prejudice of All Claims and Parties; Order